**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

FILED
CHARLOTTE, N. C.
JUL 6 - 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES | : |
| v. | : CASE NO. 99-CR-117 |
| CURTIS HOUGH<br>Defendant. | : |

## ORDER

Upon Motion of non-party Colvin C. Hinton, III for disclosure of the presentence report in the above-captioned case to Judge Anne Workman of the Superior Court of DeKalb County, Georgia, for in camera review of such reports in the matter of State of Georgia v. Colvin C. Hinton, III, Indictment No. 04-CR-3694, the Court finds that the interest of justice will be served by such disclosure.

IT IS HEREBY ORDERED that the Clerk, the United States Probation Office, and/or the United States Attorney for this district provide the presentence report prepared in this matter within 20 days to:

Hon. Anne Workman
Judge, Superior Court of DeKalb County
DeKalb County Courthouse
Decatur, Georgia 30030
(404) 371-2338

This 6th day of July, 2005.

GRAHAM C. MULLEN
United States District Judge