IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99CR117-01-MU

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CURTIS GLENN HOUGH ) | |

This matter is before the court upon defendant's pro se motion for a transcript of his sentencing hearing and a copy of his plea agreement for use in his appeal.

IT IS THEREFORE ORDERED that defendant's motion is hereby GRANTED and the Clerk's Office is hereby directed to obtain a copy of the transcript of defendant's sentencing hearing and his plea agreement and forward them to the defendant at no charge.

This ___ day of July, 2005.

Graham C. Mullen
Chief United States District Court Judge